E-FILED
Tuesday, 30 December, 2008  10:16:44 AM
Clerk, U.S. District Court, ILCD

FILED
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DEC 29 2008

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

Mitchell, J. Jeffrey )
_____ )
Plaintiff )
)
vs. )
)
L.T. Bryan, 9876/C/O Wallis.C )
L.T.m.Tanley.12260/C/O mason )
L.T.Tanley.12256/C/O c.caines. )
Sgt.T. Hayden/Sgt.D.Baker. )
_____ )
Defendant(s) )

Case No. 1:08cv-1359
08-1375

## COMPLAINT

☒  42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐  Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Jeffrey J. Mitchell, and states as follows:

My current address is: 700 W. Lincoln St. Pontiac C.C

Pontiac Ill 61764. p.o Box 99

The defendant T. Hayden, is employed as Seargent (Sgt)
State Official at Pickneyville Correction Center

The defendant L.T.C. Bryan, is employed as Lieutuant (L.T)
State Official at Pickneyville Correction Center

The defendant L.T. J. Tanley, is employed as Liutinent (L.T)
State Official at Pickneyville Correction Center

The defendant mason (12149), is employed as Correctional Center
State Official at Pickneyville Correction Center

(revised 9/96)

The defendant C. Walls. , is employed as Correctional Officer State Official at picKneyville correction center.

Additional defendants and addresses L.T. ReBaut, S. Decker. (major) C/o horman, A. Beckling. C/o. J. millen. C/o J. phillips. the ABove defendants have their Title next to their name. And All work for picKneyville c.c

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?                    Yes  ☐                    No ☒

If yes, please describe _____ N/A _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
                    Yes ☐                    No ☒

C. If your answer to B is yes, how many? None. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s) _____ N/A _____

     Defendant(s) _____ N/A _____

     _____ N/A _____

  2. Court (if federal court, give name of district; if state court, give name of county)

     _____ N/a _____

  3. Docket Number/Judge _____ N/A _____

4. Basic claim made _____ "No"

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it

still pending?) ___ "No" _____

6. Approximate date of filing of lawsuit _____ N/a.

7. Approximate date of disposition ___ "No" _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.  Is there a grievance procedure available at your institution?   Yes  ☒    No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?   Yes  ☒    No  ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?   Yes  ☒    No  ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON*

*FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND*

*UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH*

*COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence April 29th, 2008  Pickneyville C.C.

Date of the occurrence April 29th 2008.

Witnesses to the occurrence they are Attached with Afedavits.

*State here briefly the FACTS that support your case.  Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph.  Unrelated claims should be raised in a separate civil action.*
           *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

On the Above date and approximate time of April 29th, these correctional officer has violated my constitutional Rights By (1) (use excessive force when their was no use) (2) (Denied me Medical Attions) (3) (Discrimination) (4) ("Harrassment") these officer has violated my (8th), (14th), (12th) (1st) constitution Admendments. these officer has severly Discriminate against me they have "threaten" me. denied me Showers, meals, commissary. law-library. they have Retaliated against me Because I have filled grievance trying. To Resolve the Issue But the Harrassment continue to get worsen I have talk to h.t.s. Segalicgsts. warden and nothing was about But the matter so now Im filling this 1983 complaint form. J Critchell

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

the Belief that I want to Receive is 25.000 Dollars for compensatory Demages. mental or emotional e Injury, Gender Discrimiation liberty Intrest. and Excessive force. and violation of my Constitution Right. I would like for the Defendants to pay for (court cost fees) I will also like to Be granted "money damages" "Insurection" (Declaratory "Judgment") I will like to Receive 25.000 for Each defendant that Get found Guilty of this Claim. present at "all" hearings

JURY DEMAND                Yes      ☒               No ☐

Signed this ___29th___ day of ___April___ , ~~19~~ 2008 .

_____
(Signature of Plaintiff)

| Name of Plaintiff: Jeffrey J. mitchell Jr | Inmate Identification Number: B16609 |
|---|---|
| Address: 700 W. pontiac. c.c. | Telephone Number: |

## AFFIDAVIT OF SERVICE

I, _Jeffrey J. Mitchell_, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at _Pontiac_ Correctional Center, _Pontiac_ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this _19th_ day of _December_, 20_08_.

Signature

## VERIFICATION

I, _Jeffrey J. Mitchell_, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. **Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.**

(Your signature)

SD428
SD428

v.s
J. Mitchell

copy
30k

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )   No (X)

*Charges.*
*Descrimination*
*harrassment.*

F. If your answer is "yes",

1. What steps did you take? _____

_____
_____

2. What was the result? *I went threw the proper grievances proceeding two Pickneyville's correction center. "Grevances Denied"*

G. If your answer is "no", explain why not. *I filed Grievance whithing the prison. of Pickneyville c.c.*

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: *I Begged for let I Triminy Be Interviewed my Belief Cris to get out of Seg. Grievance Response is Attached.*

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.** Additionally, attach any relevant, supporting documentation.

*Date: January 16th 2008*
*Time: 5:00Am*
*Place: Diatary.*
*Because of Complaint (Descrimination) (Harrassment) on the Nature. Date and Approximate time of January 16th 5:00 am Receiving Cms going to Diatary for Break fast (Lt. J. Towley Badge 12256) Appear to work at the Diatary at Stait mambar of time. When this Lt. Towley see me this Defendant approach me in a very Nascibelary threating Manniber. this Defendant sead Some very Nateorcery words to me out his mouth such as (nigger Take*

SD428 28

Witness for pg 4
Lit I Towney
v.s
Mitchell. J.

COPY
28 X

that queer hair style out of coer hair. coer
and wear that like that indeed. I
I replied ok' hit will take themselves when I
get back to the housing unit. I then walked
to my designated area, which was the dietary
table, when starting to eature my meal
the Lt. J. Towney yelled back out to me
"stating" queer didn't I tell coer to take that
shit out of coer head. "I replied damn" then
I eat first. I Lt stated back it can. about
have that shit out of coer hair the next time
I see. coer. Im going too Lt coer too see.
I replied and stated out Lt. the Lt then
ask time. aren't coer that (homosexual everyone
talking about. damn here "yeah" Im going to
have coer Im too being dietary like this
I dismiss and Lt. as out again at this hit
present.

                          E. Mill

Date. January 10th, 2008

Time. 6:30pm


Date. April 26th 2008
Place.            Time    BS   Segregation cell 51
Time approxtime  10.15 am


On the above date and approximate time of
April 26th 10.5 am his Segregation to Plexabville
c.o this Lt J Towner worked up to MY cell
to give me my tray. before this hit I gave the
my tray this hit stated coer don't I wund to listen
to MY C/Os and mistake the picture box in
off coer C/Ous and Cie have authority over
coer tears. and other privileges and coer
don't wund to listen. io MY C/Os this hit
stated coer have a cycle of cooking I
have coer today, coer tray this Lt. i then
io high index finger and stuck it in
my tray and placed it to the side MY cheekhole
then stated coer going. io seat listen. to MY
C/O coer time dexter to be hard. I will
make sure of that. then this Lt. I and
other c/o's stated laughing and walked away

contue from pg 6
J. Carwley, Bott 12256

Dec. imination, Harrassment.                                                    Page 6

from my cell. to give other inmates their tray.
this has been a "ongoing problem with those
CO's and this Lt.

April 26th. 2008
Time. 12:30 p

Note. grievance has been filed on this Lt twice
Due to "harrassment".

RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 6-13-08     Date of Review: 6-20-08     Grievance # (optional): 6-4808

Committed Person: Mitchell, Jeffrey     ID#: R66609

Nature of Grievance: Staff conduct

Facts Reviewed: Grievant claims he was harassed by Lt. Townley on 4-27-08. Grievant claims when Lt. Townley was passing lunch trays, he shook grievant's tray before giving it to him. Grievant claims Lt. Townley threatened him and stated that he (grievant) had better start listening to the officers. Grievant states Lt. Townley's harassment was retaliation for previous grievances.

Relief requested: all grievances submitted by him reviewed; released from seg or seg reduction

Lt. Townley denied grievant's allegations.

Grievant may petition the Adjustment Committee for a reduction in seg time.

Recommendation:

This Grievance Officer was not able to substantiate grievant's allegations of staff misconduct. I recommend denial of grievance.

T. Kisro CCII
Print Grievance Officer's Name          Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|

Date Received: 6-23-08     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments: _____

Chief Administrative Officer's Signature          Date 6/23/08

| Committed Person's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature          ID# R66609          Date 7-21-08

Distribution: Master File; Committed Person          Page 1          DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 4/27/08 | Offender: (Please Print) Jeffrey J Mitchell | ID#: B16609 |

Present Facility: Pinckneyville CC
Facility where grievance issue occurred: Pinckneyville CC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the above date and approximate time of April 27th at 10:15 am lunch was served to me in cell A51 this Lt S Townley reg#12696 stated to me you like "tuna" my sandwiches I have no idea what your talking about this Lt J Townley than asked me do you have a wife or webwing and than shook my tray and than gave to me this Lt than stated I start listening to my officers this

Relief Requested: I would like for all my grievances to be heard and me release from seg or C grade (see rea)

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature CMitchell  ID# B16609  Date 4/27/08

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 5/30/08  [x] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Lt Townley states that he denies allegations of staff misconduct and that offender is lying. Unable to resolve.

Print Counselor's Name N. Hartwich  Counselor's Signature  Date of Response 6/6/08

**EMERGENCY REVIEW**

Date Received: 5/23/08  Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance  [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature  Date 5/27/08

Distribution: Master File; Offender  Page 1

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Has Had Grievance Written on Him for
this allegation. I Have Written a
Grievance on this 1 in the past.
and I am continuing to Be Harrass
by this 1 J. Hanley

Date, 4/27/8

Time, 11:00a

Cecil Cj Brown Lt
Bdg# 8876

Discrimination
harrassment
Excessive force

5x

Date: January 16th  1-16-08  wednesday
Time: 9:55 pm apprex
Place: pickneyville "Recieving"

On the Above date and approximate
time of January 16th. 9:55pm this Recieving
was going to lunch. While I was
walking this Lt "stop" me and "Stated"
Geen what do you have In your
mauth. I "Stated" "mauth wash" Lt.
this Lt Brown Bdg# 8876 "Stated" Go.
and spit that "cum out your mauth
faggot. this Lt Cicil Cj Brown walk off
when I went to the yard the
next day I "complained" to (Lt apria.
Jordn. this Lt Jordan stated I
will talk to my Boss, I camplained
to this Lt About Lt cecil Cj, Brown
"Statement. this has been a on
Going "problem out of this. Lt.
this shown to be (severly) Discriminating
Against me, I was only In Recieving
for only two weeks. Being trancer from
Stateville c.c.                    C Mathell
                                Time 9:55p
                                Date Jan

Incident Report

Pg/03

Date:   6/2/8  June 2nd 2008   Monday
Time:   12:30pm
Place:   Pickneyville C.c Dee, Segreation.

On the Above Date and approximate
Time of June 2nd 2008 12:30pm
my toliet was getting fix By
mecintainee employer, Joseph E. Morber
After my ~~toilet~~ was fix c/o bowier
came and get me from the shower
When I was place In my cell
It appear to have water with urine
that had over flowed from the toliet.
I also Realize that my picture and
cards (greeting cards) were missing
I thant told this c/o bowire that
I Refusted to give my CUFFS
Back. this c/o bowier than call
Lt cecily G, Bryon Bg # 8876
for Assitant. this Lt Than came
Inside my cell and push my
face In the wall, and than
"Slam" me on the floor. I
than "Stated" you Just place

Pg 2

yourself Inside some urine.
this hit Aryen than Started
Back stuff faggot your going
to pay for it, this hit than
along with (c/o hoosier,) and c/o
(Herman) Restraint me and
pulled my Hair and than took
me up from "slam" me Back
on my face and stated twisting
my arm, this c/o started tighting
my cuffs up on my wrist which
cut threw my wrist, I than
told these officers that the cuffs
were to a tight they Shut up
sissy. I than Heard these c/o say
take these that sissy to
RS. I than was pick up
By my Hair and cuffs and
tooran to RS on the way
of Being treanfered I was call
all kind or names, when entering
RS, I was place In the shower
when I was place In the
shower I was (slam) agaih
I than look Back and

Continued item
Pg 3

Saw masgt Decker stepping
on my Back while Lt BeBeat
twisting my arm trying to get
the cuffs off. I than was Drag &
place In a cell 30 min later
massr, Decker, Lt BeBeat, along
with I.A Lt Bradley came and Read
me my Right.

[signature]  cindbere

4/27/8
4/22/8

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

Date: 6-2-08

**Type of Report:**
[x] Disciplinary [ ] Investigative

Pinckneyville CC
Facility

Offender Name: Mitchell       ID #: R66609

Observation Date: 6-2-08   Approximate Time: 4 20  [ ] a.m. [x] p.m.   Location: Seg. 9 Rec

**Offense(s): DR 504:** 102 Assault on any person; 403 Disobeying a direct order

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On the above date and appox. time inmate Mitchell R66609 was placed in his cell and was told to back up to be uncuffed this inmate refused this. It went in and got a lead chain. When putting the lead chain on this inmate this inmate squited this LT. and c/o Kowalier hitting Both of us. This inmate was placed on the floor c/o Hormann came at this time placing leg irons on this inmate. This inmate was then taken to RS and placed in the shower. This inmate struggled all the way to RS. Id Bed card. c/o Kowalier

Witness(es): _____

[ ] Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Cecil Kinyon | 8876 | CV Kinyon | 6-2-08 | 130 | [ ] a.m. [x] p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

---

**Disciplinary Action:**

**Shift Review:** [ ] Temporary Confinement   [ ] Investigative Status   Reasons: _____

_____
Printed Name and Badge #

Shift Supervisor's Signature
(For Transition Centers, Chief Administrative Officer)

Date

**Reviewing Officer's Decision:** [ ] Confinement reviewed by Reviewing Officer   Comment: _____

[x] **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
[ ] **Minor Infraction,** submitted to Program Unit

Mark Becker 815
Print Reviewing Officer's Name and Badge #

Mark K. Beck
Reviewing Officer's Signature

6/2/08
Date

[ ] **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____
Print Hearing Investigator's Name and Badge #

Hearing Investigator's Signature

Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

[ ] Check if offender refused to sign

X Jeffrey J. Mitchell
Offender's Signature

R66609
ID#

C/o J. Cane
Serving Employee (Print Name)

12132
Badge #

C/o John
Signature

6-3-08
Date Served

740
Time Served
[ ] a.m. [ ] p.m.

[ ] I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____
Offender's Signature

_____
ID#

J- A-12    5X

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page 1 of 1

☒ Disciplinary Report    Date 6-2-08    ☐ Investigative Report    Date

Committed Person: MITCHELL    No. B66609    Facility: PNK

Observation Date: 6-2-08    Time: Appox 12:20 am/pm    Location: KEC d SEG

CECIL BROWN     (signature) 6/9/08
PRINT Employee's Name     Employee's Signature/Date/Time

Offense: 504   A 102 ASSAULTING ANY PERSON  403 DISOBEYING A DIRECT Order
    B IDR Rewritten/Van Ad Justed Committed
    C

Observation: ON THE ABOVE DATE AND ABOVE TIME INMATE MITCHELL B66609 WAS BEING PLACED BACK INTO HIS CELL WHEN HE REFUSED TO BE UNCUFFED. AT THAT TIME THIS C/O WENT AND I/O A HANDCHAIN TO PLACE IT ON THIS INMATE WHEN PLACING THE CHAIN ON THIS INMATE THIS INMATE SQUIRTED A URINE LIKE SUBSTANCE HITTING THIS C/O ON THE LEFT SIDE OF THE BODY AND HITTING SGT. ___ IN THE FACE. THIS INMATE WAS ON THE GROUND AT THAT TIME THE CONTAINER WAS TAKEN FROM HIM AND HE WAS PLACED IN LEG IRONS AND TAKEN TO RSC

Witnesses, if any: INMATES JP B65 IN CN#3 / C/O HAMMANN
    ELS REWRITE /

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____
PRINT Name     Shift Supervisor's Signature and Date
    (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer    Comment: _____

_____
PRINT Name     Signature/Date

☒ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit

Mark Deke     Mark Deke 6/9/08
PRINT Name     Reviewing Officer's Signature and Date

☐ Reviewed by Hearing Investigator:
(Adult Division Major Reports Only)    PRINT Name     Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges.  You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing.  You may ask that witnesses be questioned along lines you suggest.  You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee.  You may have staff assistance if you are unable to prepare a defense.  You may request a reasonable extension of time to prepare for your hearing.  If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution.  In addition, juveniles may receive a delay in recommended parole.

_____
Committed Person's Signature and Number     ☒ Committed Person Refused to Sign

JG Glen     (signature)     6-10-08   7. am/pm
PRINT Serving Employee's Name     Serving Employee's Signature     Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____

_____
Committed Person's Signature and Number

- - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date

NAME OF WITNESS: _____     Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____     Number/Cell/Title: _____

Witness can testify to: _____

DC 7205 (Rev. 4/98)    Distribution: 1) Master File; 2) Committed Person;
    Committed Person's Name and Number



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker, Jr.
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

# MEMORANDUM

DATE: _6/2/08_

TO: _Mitchell_ #_R66609_ Cell _N-322_

FROM: Grievance Officer
Pontiac Correctional Center

SUBJECT: Attached Grievance: _I D R._

Date Received: _7/14/08_

The attached is being returned for the reason(s) listed below:

\_\_\_\_\_ Contact your Correctional Counselor - _Address Grievance To Your Assigned Counselor_

\_\_\_\_\_ Use proper Committed Person's Grievance (DOC 0046)

\_\_\_\_\_ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred

\_\_X\_\_ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director)

\_\_\_\_\_ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further

\_\_\_\_\_ Unable to determine nature of grievance/correspondence. Submit additional specific information.

\_\_\_\_\_ Illegible copy submitted – submit legible copy for consideration.

\_\_\_\_\_ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

\_\_\_\_\_ Issue has been previously addressed on _____. Nor justification for further consideration

\_\_\_\_\_ Contact the Record Office with you request and/or additional information (sentence calculations, jail credits, etc.)

\_\_\_\_\_ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.)

\_\_X\_\_ Other: _Recieved Grievance on 7-16-08 from grievance officer._

Reg# 8876

Charges
Discrimination
Harrassment
Excessive force

Copy 5X

date:    June 2nd, 08. 6/2/08.
time:    12:35pm.
place:   Breaking Segregation Pickneyville. C.C.

On the Above date and approximate
time of June 2nd, 2008 12:35pm
this Lt Cecil C, Bupn Reg# 8876
came Inside my cell In Breaking.
Due to me Refuseing to give my
cuffs Back. this Lt push my
face In the wall call me a faggot
than slam me on my face. this
Lt "Stated" faggot you're going to
listen to my staff order. I than
"Stated" ok what ever. you Just place
yourself Inside unit. this Lt
than "Stated" shut up you'll pay for It)
this Lt place false charges and placeing
false accusation on me. causeing me
to suffer and extend my time In
Dpt. of Correction. I Have Had problems
from this Lt In who class.
date, 6/2/8
time 12:33pm        Jeffrey R. Mittchell

Incidents Report

Pg/3

Date: 6/2/8  June 2nd 2008   Monday
Time: 12:30pm
Place: Pickneyville C.C  Dee, Segration.


On the Above date and approximate
Time of June 2nd 2008  12:30pm
my toliet was getting fix By
mecintanee employer, Joseph E. Morber
After my ~~toilet~~ was fix C/O Kowier
came and get me from the Shower
  When I was place In my cell
It appear to have water with urine
that had over flowed from the toliet.
I also Realize that my Picture and
   cards (greeting cards) were missing
I thant told this C/O Kowier that
I Refusted to give my Cuffs
Back. this C/O Kowier than call
   Lut Cecily G. Bryan Bg # 8876
for Assitant. this Lut Than came
Inside my cell and push my
face In the Wall. and than
"Slam" me on the floor. I
than "Stated" You Just place

pg 2

yourself Inside some urine.
this hit them than Stated
Back shut forget your going
to pay for It. this hit than
along with (c/o hosier,) and c/o
(Herman) Restraint me and
pulled my Hair and than took
me up stand "Slam" me Back
on my face and stated twisting
my arm. this c/o started tightin
my cuffs up on my wrist which
cut threw my wrist. I than
told these officer that the cuffs
were to a tight they stated shut up
sissy. I than Heard these c/o say
take these that sissy to
RS. I than was pick up
By my Hair and cuffs and
began to RS on the way
of Being transfered I was call
all kind of names, when entering
RS, I was place In the shower
when I was place In the
shower I was (Slam) again
I than look Back and

Continuation sheet
Pg 5

Saw mass. Decker stepping on my back while Lt BeBout twisting my arm trying to get the cuffs off, I then was Drag. & place In a cell 30 min later, mass, Decker, Lt BeBout, along with I.A Lt Bradley, came and Read me my Right.

Cmdbre

4/28/8

* Witness *

1, _____ W. lkins. Greg Cell A. 52

2, Petterson.

3. John Walker
may witness to this Incident Report

ILLINOIS DEPARTMENT OF CORRECTIONS

filed: 8:00am

**COMMITTED PERSON'S GRIEVANCE**

| Date: 10-15-08 | Committed Person: (Please Print) Jeffrey J. Mitchell | ID#: R66609 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pickneyville C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify) ARB Appeal

[x] Disciplinary Report: 6 / 2 / 2008 Pickneyville C.C.
Date of Report — Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the above date & approximate time I
am Reappealing the ARB Decision on a filed Grievance
date 6/2/08. However Reasons of Reappealing A.R.B
Decision Due To this ARB did not "Conduct a complete
hearing. Reasons of why I feel "Investigation was Not
conducted are "listed" Below. In "high-lights"
1) failure To acknowledge the violation In the IDR
2) failure To call witnesses. 3) failure To conduct a
full "Investigation". 4) fail To accumulate All Reports to
(B) Substantial I committed the offence. this I.d.R is

Relief Requested: Expunge of whole I.d.R Restore balance of
Release from seg. good Time.
further Investigation, money damages.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] Jeffrey J. Mitchell | R66609 | 10/16/2008 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | Date ___/___/___ |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

a violation of the U.S. Constitution of the 14th Amendment. & In violation of 504.60(A)(C) of the Illinois Dept Corrections.

**Summary:**

This A.R.B fail to call all witness listed on the reports attached. However A.R.B fail to Acknowledge the violation of the I.D.R. By "not" investigating the matters of the I.D.R. Time no hearing Signature this Ticket is Invalidated By. hearing investigator did not correct the error in the (I.D.R) & calling this a fair duty. hearing investigator did not conduct an investigation. Which should have By I.D.R Been a major report. See 504.60 B(C). Hearing only investigation was not conducted. Investigation Refused! A.R.B no hearing Signature to Substantiate they did this I.D.R is Invalidated By Adjustment committee had "no" jurisdiction to hear the I.D.R Reverse for corrections. this jurisdiction is authorized to the hearing investigator. committee violated by Reverse the I.D.R After "72 hr limitations". This I.D.R is & valid to proceed due to hearing investigation? this I.D.R expire the (72 hr limitations) Although due to medical Records I was given medical treatment (At) 11:00 or 11:20 or so How Did the offence took place @ 12:20 pm. this A.R.B did not make a full Investigation due the above Elements. this I.D.R is Invalidate & Should be expunged. A.R.B "Stated" they contacted I A Disorderly ville Oc.e. To verify my claim. Although hearing investigator did conduct a Investigation Which make report unavailable. A.R.B state no reports were available. this I.D.R is in violation of the 14th Amendment clause. I request Reverse of Redecisio & further Investigation. I request expunge of the whole I.D.R

( Exhibits Attached )   Reverse for further Investigation

Jeffly J Mitchell
10/1/08

Distribution: Master File: Committed Person

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

*PON*

| Date: 6/2/08 | Offender: (Please Print) Jeffery J. Mitchell | ID#: Bulldog |
|---|---|---|
| Present Facility: Lawrenceville C.C. | Facility where grievance issue occurred: Pickneyville C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Disciplinary

[x] Disciplinary Report: 6 / 2 / 2008    Pickneyville Correctional Center
                         Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the above date and approximate Time or Date and Time this Incident took place In beginning. And Im am also filing this grievance for examination and disagreement that ht decided by Review Cell 2016/plus to I Have had problems from this ht In the Past and this problems proving false charges and accusation on me Im also filing this grievance on the adjustment committee due to they Have violated my Rights constitutional Rights of due process, the Time

Relief Requested: I Should like for this ticket to Be Expunge and a see ccl for false charges and violating my Rights _____

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mitchell Kiddies    6/2/08
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

JUL 16 2008

_____     _____     _____
Print Counselor's Name   Counselor's Signature   Date of Response

---

EMERGENCY REVIEW

Grievance Officer

Date Received: 7 / 1 / 08    Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Joy Merchant
Chief Administrative Officer's Signature    7 / 1 / 08

Distribution: Master File; Offender

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

and Date on my ticket are false. and the adjustment committee gave me a unfair hearing and I stipulated. In the Hearing that I will like for a extion. this committee ~~stated~~ Denied me Skuling t three Days to prepare and also I asked may my witness Be Interview they say they will Not Decide any witness because center I Sent to the adjustment four day ~~faith~~ Befor my ticket was Heard, and this Committee Denied Did Not keep Summary of Decision On a writing of Hearing within Desireable limitation and also that in my Statement is (mandatory) I'm also filing this Service in but Excessive Force Denied and Denial claic for Determination and these officer's uses excessive force on my Grevied Exhibit A. Incident Report ticket and the Point witnesses. E.G.

Shon Walker R22412  my witness to C/o's conduct toward me Tyrone Bartley R40366 Seule thing Greg Williams R4020 may witness to these officer Use the Expessive force on me

Date: 6/2/08
Time: 12:30p

Mitchell R666069

these officer violated my 14.1 8th Admendments Federal and constitution, is their. I'm willing to persu a the Suit for Determination Excessive force

filed

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 7-11-08 | Committed Person: (Please Print)  J. Mitchell | ID#: B60609 |
|---|---|---|
| Present Facility: Pontiac C.C | Facility where grievance issue occurred: Pickneyville C.C | |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☒ Other (specify) Violations
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator

☒ Disciplinary Report:  6 / 2 / 08      Pickneyville corr. cent.
                        Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: In violation of my state and civil Rights
the following Due process violations Happend While
processing this Issue (I.dR)
                    A.
    The time of 13:20 "Am" is Incorrect thus violating
504.30 part# D-2
                    B.
In the adjustment committee hearing there was no
"counseling" staff thus violating  20 IL Admin code
504-70-A-P(2)

Relief Requested:            Seggregation Release
                    I.dR Expunged or Assault
charges dropped. me to Receive damages.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Jeffry J. Mitchell_          B60609   7 . 11 . 08
Committed Person's Signature              ID#        Date
                    (Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** |
|---|
| Date Received: ___ / ___ / ___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: _____ |
| _____ |
| _____ |
| _____ |
| _____ |
| Print Counselor's Name          Counselor's Signature          Date of Response |

| **EMERGENCY REVIEW** |
|---|
| Date Received: ___ / ___ / ___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance   ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
| Chief Administrative Officer's Signature          Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

C,

this ticket was heard But Should not have Been. Because the I.d.R. Cas Served past the 8 days Allowed, thus Violating! 504.30-f.

D.

No Signatures weren't on the ticket on hearing Investagator nor A/c Summery Report Invastelating the I.d.R And thus in Violation Of! 504-80-B3(c)

E.

In Violation Of 504-50-C.2 No Reviewing Officer corrected the (I.dR) (Several time) nor Gave me a corrected copy