**E-FILED**
Friday, 20 November, 2009  09:50:56 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**Jeffrey J. Mitchell**

     vs.                                               Case Number:   **08-1375**

**Hayden, et al.**

<u>ORDER</u>

Pursuant to the **11/19/09** mandate, in appellate case number **09-1266**, from the United States Court of Appeals, Seventh Circuit **[24]**, the agency having custody of the plaintiff, **Jeffrey J. Mitchell,** is directed to remit the appellate docketing fee of $455 from his  prison trust fund account if such funds are available.  If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety.  The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 20th day of November, 2009

_____s/Harold A. Baker__
HAROLD A. BAKER
U.S. District Judge